In the Matter of SOLOMON TUREL et al., Petitioners, and
ISIDORE MUFSEN, Respondent, against JOHN H. DELANEY
et al., as Members of the Board of Transportation of the
City of New York, Appellants, and PAUL KERN et al.,
Constituting the Municipal Civil Service Commission of
the City of New York, Respondents, Impleaded with
Others.

Argued October 7, 1941; decided November 19, 1941.

*Paul L. Ross* and *Ralph R. Monroe* for appellants. The court was without power to order the Board of Transportation forthwith to appoint eligibles from petitioners' eligible list. (*Judson* v. *City of Niagara Falls,* 140 App. Div. 62; 204 N. Y. 630; *Matter of Jaffe* v. *Board of Education,* 265 N. Y. 160; *Tonkin* v. *Leary,* 234 App. Div. 448; 259 N. Y. 510; *People ex rel. Tregaskis* v. *Palmer,* 9 App. Div. 252; *Matter of Morrison* v. *Cantor,* 75 App. Div. 480; *People ex rel. O'Donnell* v. *McClellan,* 52 Misc. Rep. 609; *People ex rel. Balcom* v. *Mosher,* 163 N. Y. 32; *Hurley* v. *Board of Education,* 270 N. Y. 275; *Matter of Cusack* v. *Board of Education,* 174 N. Y. 136; *Matter of Colligan* v. *Williams,* 91 Misc. Rep. 128.)

*Albert B. Breslow* for respondent.

*Per Curiam.* A court has no power to direct the Board of Transportation to appoint eligibles. That is a matter within its discretion which cannot be reviewed in this proceeding.

The orders should be modified in accordance with this memorandum and, as so modified, affirmed, without costs to either party.

Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ., concur.

Ordered accordingly.